# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 7, 2026

Lyle W. Cayce
Clerk

No. 24-30758

One Lakeside Plaza, L.L.C.,

*Plaintiff—Appellee*,

*versus*

Indian Harbor Insurance Company; QBE Specialty Insurance Company; Steadfast Insurance Company; General Security Indemnity Company of Arizona; United Specialty Insurance Company; Lexington Insurance Company; Safety Specialty Insurance Company; Old Republic Union Insurance Company,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:21-CV-4050

Before Haynes, Ho, and Oldham, *Circuit Judges*.

Per Curiam:[*]

A group of insurance companies seek to compel a private company to arbitrate a dispute surrounding a surplus line insurance policy covering

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30758

property in Louisiana.  We recently affirmed the district court's application of Louisiana law to a similar contract.  *Town of Vinton v. Indian Harbor Ins. Co.*, _F.4th_, 2025 WL 3513954, *11 (5th Cir. Dec. 8, 2025).  La. R.S. 22:868 expressly prohibits arbitration agreements for insurance contracts covering property located in the state.  *Id.* at *10.  The private status of Appellee in this case presents no meaningful difference in the application of Louisiana law.  Affirmed.